Phouphadaik Hatsady
1455 West 27 ave
Anchorage AK 99503


RECEIVED

MAY 1 3 2016

Clerk, U.S. District Court
Anchorage, A.K.

IN THE UNITED STATES
DISTRICT COURT
AT ANCHORAGE

| | |
|---|---|
| PHOUPHADAI HATSADY, | CIVIL CASE # |
| Plaintiff , | 3:16-CV-00096-SLG |
| V. | THE COMPLAINT |
| FEDERAL PUBLIC DEFENDER, MICHAEL D. DIENI, | |
| Defendant. | |

## I. THE COMPLAINT

COMES NOW, plaintiff, PHOUPHADAI HATSADY, appearing pro se, pursuant to the Federal Tort Claims Act (FTCA) hereby moves this honorable court to take notice and judicial action of this complaint. Upon which this plaintiff seeks redress and allege with facts harm and injuries suffered by deprivation at the negligence of the defendant name parties.

The defendant name parties in this complaint deprived plaintiff of his guaranteed constitutional rights secured by the United States Constitution and immunities inherited to all United States citizens alike.

Plaintiff is a layman at the concepts and knowledge of the law and therefore his drafting abilities are equally strained. Acting in such a diminished state of knowledge and pleading ability. Plaintiff request this court to construe his complaint liberally to afford the relief request and to promote justice.

## II. INTRODUCTION

A Bivens action is a claim against federal officials sued in their individual capacities, for a violation of a person's constitutional rights. See Bivens v. Six Unknown Agents, 403 U.S. 388 (1971). A Bivens action is the federal counterpart of a civil rights action brought under 42 U.S.C. 1983.

This complaint is for monetary and any other appropriate relief in conjunction that is deemed appropriate by this court. The complaint herein incorporates the attached exhibits which details the cause and reasoning of the harm and injury suffered. Those exhibits consist of (5) pages that set forth the claims outlining the violation of this plaintiff's individual rights. Rights that are secured and guaranteed under plaintiff's Fifth and Fourteenth Amendment to the United States Constitution.

Given that the Federal Public Defender's Office is a federal entity and defendant name parties are employees of same. It is this plaintiff's understanding that before action could be commenced in federal court. Sufficient notice must be served upon the appropriate federal agency to give an opportunity to remedy the injury aggrieved. There is an exhaustion period of six month if the claim is not answered by the agency in question that permits a claimant authority to move his/her claim to federal court.

Plaintiff states that he utilized the services of the United States Postal Service to effectuate notice of his "claim of injury" upon the defendant name parties. This was accomplished on October 23, 2015 providing notice via government Standard Form 95. To ensure prompt notice

and accountability a tracking number was supplied for delivery confirmation. That tracking number is as follows: 7015 1730 0000 1885 2556.

Specifically, and turning to the exhaustion of the six month period. Plaintiff states the window of time the defendants had to respond expired April 23, 2016. And, at no time upon the drafting of this actionable claim has a response been generated by the defendants. Thereby this complaint hereby follows in federal court.

## III. JURISDICTION

1. The jurisdiction of this court is asserted by 28 U.S.C. 1331 and 1343(a)(1)

2. This complaint is brought pursuant to the FTCA, plaintiff's Fifth and Fourteenth Amendment rights to the United States Constitution

## IV. PARTIES

3. Plaintiff, PHOUPHADAI HATSADY, is a citizen of the United States and was at all times relevant to the injuries and claims herein this complaint was/is a citizen of the United States of America.

4. The defendant Federal Public Defender for Alaska is a federal entity operating within the State of Alaska, and at all times relevant hereto, the Federal Public Defender for Alaska employed defendant Michael D. Dieni.

5. At all times relevant hereto, defendant Michael D. Dieni, an assistant federal public defender, employed by the Federal Public Defender for Alaska, was assigned the duty of representation of plaintiff in criminal cause # 3:11-cr-00066-RRB pretrial, sentencing, and post-conviction.

## V. CONCLUSION

Plaintiff states and declares that this action is pled to the best of his ability to seek redress for the deprivations suffered and incorporated herein this complaint. Plaintiff further states and has exercised good faith that all statements and facts asserted herein are factual to the best of his recollection and held to the pains and penalty of perjury pursuant to 28 U.S.C. 1746.


DATED this (2th day of May, 2016


        Respectfully Submitted,

*Phouphadai Hatsady* (signature)

Phouphadai Hatsady

1455 West 27th Avenue

Anchorage, Alaska 99503

(907) 764-1606

## VI. CERTIFICATION

I certify that on May 12th, 2016, I personally served the clerk of court located at the United States District Court for the District of Alaska with the foregoing complaint and exhibits.

*Phouphadai Hatsady* (signature)