# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

| | |
|---|---|
| 1. Submit to Appropriate Federal Agency:<br>Federal Public Defender for Alaska<br>Attn: Rich Curtner<br>601 West 5th Avenue, Suite 800<br>Anchorage, Alaska 99501<br>(907) 646-3400 | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.<br>Phouphadai Hatsady<br>1455 West 27th Avenue<br>Anchorage, Alaska 99503<br>(907) 312-4659  907-764-1686 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH<br>08/16/1980 | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>7/9/15, Thursday @ dkt. #34 | 7. TIME (A.M. OR P.M.)<br>N/A |
|---|---|---|---|---|

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

See attached Letter of Notice (Pages 1 through 4)

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

Not Applicable

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Not Applicable

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

See attached Letter of Notice (Pages 1 through 4)

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Michael Dieni | 601 West 5th Avenue, Suite 800, Anchorage, Alaska 99501 |
| Cordova BOP Halfway House staff | 130 Cordova Street, Anchorage, Alaska 99501 |
| Akeela Substance Abuse Counselor | 360 West Benson Blvd, Anchorage, Alaska 99503 |

**12.** (See instructions on reverse). **AMOUNT OF CLAIM** (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| Not Applicable | $117,200.00 US dollars | Not Applicable | $117,200.00 US dollars |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| | (907) 312-4659 | |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

95-109  Exhibit #1

Page 1 of 5

| INSURANCE COVERAGE |
|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property. |

15. Do you carry accident Insurance? ☐ Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

Not Applicable

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No | 17. If deductible, state amount.

Not Applicable | Not Applicable

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

Not Applicable

19. Do you carry public liability and property damage insurance? ☐ Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

Not Applicable

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

**(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
 A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

October 21, 2015

To: Federal Public Defender for Alaska
C/O Mr. Richard Curtner
601 West 5th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Criminal Case Cause # **3:11-CR-00066-RRB**

Subject: Attorney Malpractice (Michael D. Dieni)

**RE**: *Notice of FTCA*

 The defendant in the above entitled cause number, Phouphadai Hatsady, hereinafter referred to as ("CLAIMANT"). Motioned the United States District Court on June 4, 2015 to reduce the sentence originally imposed upon him pursuant to a recent change in the United States Sentencing Guideline Amendment. Widely known as the all **drugs** – *minus two*. See Dkt. Entry #29. On June 5, 2015 the Court appointed the Federal Public Defender for the District of Alaska (Richard Curtner) provisionally to represent CLAIMANT. See Dkt. Entry #30.

 As a household matter involving this office in representation, it is assumed Richard Curtner deferred this matter to Assistant Federal Public Defender Michael Dieni. Since Michael Dieni represented CLAIMANT during plea negotiations and sentencing involving the above entitled cause number. On July 6, 2015 Michael Dieni filed an amended motion to reduce this CLAIMANT's sentence. See Dkt. Entry #32.

 On July 8, 2015 the United States District Court, Judge Beistline, *granted* CLAIMANT's sentence to be reduced to 60 months. July 9, 2015 the Court entered its enforceable Judgment accordingly. **See** Dkt. Entry #33 and 34.

 CLAIMANT proclaims his attorney of record, Michael Dieni, on appointment in his official capacity, as an employee of the Federal Public Defender Office for the District of Alaska. Committed errors so serious, that counsel failed to secure and safeguard this CLAIMANT's vested life and liberty interest. To which Michael Dieni owed a duty to CLAIMANT; wherein that breach resulted in the further negligent actions of counsel to act accordingly respecting the Court's **ORDER/JUDGMENT**. Injury that has situated *prolong* custody within the Bureau of Prison ("BOP"), and created unwarranted financial hardship and instability for this CLAIMANT.

Exhibit # 1

Page 2 of 5

CLAIMANT remained in the custody of the BOP for an additional period of 108 days past the Court's Judgment entered at Dkt Entry #34. Until the full expiration date of 10/17/15, under the terms imposed of the original Judgment. Only after relief has been entered – *although* not physically obtained to which the Court reduced this CLAIMANT's sentence. Therefore, CLAIMANT seeks 1,000.00 US dollars per day for this injury. (108,000.00)

CLAIMANT was also obligated to continue paying the 25% subsistence payment to the Cordova BOP Halfway House. For the additional 108 days while remaining in the BOP's custody. CLAIMANT brought to the attention of his Case Manager at the Halfway House the reduction involving his sentence pursuant to the Court's Judgment entered. In short, until this CLAIMANT's attorney Michael Dieni commenced and executed the necessary papers to the BOP's Designation Sentencing Classification Center. CLAIMANT's in custody date would remain un-affected until the satisfaction of the original term imposed.

CLAIMANT is currently and was employed at the Pink Elephant Car Wash while in the custody of the BOP, involving his transition between the Halfway House and Home Confinement. CLAIMANT's monthly salary earned as an employee at the Pink Elephant Car Wash fluctuates. But, generally CLAIMANT grosses at a minimum of $1,600.00 monthly.

Remaining in the BOP's custody, 25% is appropriated to the Halfway House, and is deducted from CLAIMANT's gross income **before** taxes. Equating to $1,400.00 on the low end of that 25%, and $2,100.00 on the high end of that 25%. Varying in sum depending on CLAIMANT's [total] gross salary earned while remaining in the BOP's custody for the affected 108 days.

CLAIMANT entertains an amount within the *medium* of that range that would reflect this injury in the amount of 1,700.00 US dollars. Had CLAIMANT not been in the custody of the BOP during the additional 108 days, CLAIMANT could have appropriated this amount to his own savings account. Where interest could have been accruing at his choice of financial institution on a continuous basis.

CLAIMANT additionally request the amount of 7,500.00 US dollars, resulting from the aforementioned **DUE PROCESS** *violation* situated from his counsel's abandonment. Namely, respecting this CLAIMANT's life and liberty interest pursuant to the Fifth Amendment of the United States Constitution.

Exhibit # 1

Page 2 of 4
Page 3 of 5

Therefore, CLAIMANT seeks the total amount of 117, 200.00 US dollars, to remedy his injuries suffered absent such litigation via a 42 U.S.C. § 1983 civil action. CLAIMANT is equally not opposed to entertain another [**reasonable**] dollar amount negotiated amongst the parties to remedy the instant injuries suffered.

Thank You

*[signature]*

Phouphadai Hatsady
1455 West 27th Avenue
Anchorage, Alaska 99503
(907) 312-4659

Exhibit # 1

Page 3 of 4
Page 4 of 5

Case 3:16-cv-00096-SLG   Document 1-1   Filed 05/13/16   Page 5 of 6

## DECLARATION

CLAIMANT protest that all the facts outlined herein, seeking redress of his injuries suffered are accurate to the best of his abilities. And therefore, affirms such declarations to those facts pursuant to 28 U.S.C. § 1746.

*[signature]*
Phouphadai Hatsady

Exhibit #1